UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN JOSEPH MCCARTHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GEO GROUP, )<br>CHRISTOPER FARR, )<br>JASON CARTER Dr., )<br>RUNYAN Nurse, )<br>)<br>Defendants. )<br>_____)<br>)<br>DINA M. COX Recruited Counsel for )<br>Plaintiff, )<br>)<br>Recruited Counsel. ) | No. 1:23-cv-02241-JPH-CSW |

**ORDER ON SUBSTITUTION OF APPEARANCE**

Defendants, Dr. Jason Carter, Nurse Marissa Runyan, and Christopher Farr, by counsel, have filed a *Notice of Substitution of Counsel* (Dkt. 75) in this matter. The Court, having reviewed the notice and being duly advised in the premises, now **GRANTS** the substitution of counsel.

**IT IS THEREFORE ORDERED** that the Clerk shall amend the docket to reflect the removal of Lisa G. Arnold as counsel for Dr. Jason Carter, Nurse Marissa Runyan, and Christopher Farr, and show the appearance of Madison K. Graham as counsel for Dr. Jason Carter, Nurse Marissa Runyan, and Christopher Farr. The appearance of Carol A. Dillon shall remain.

**SO ORDERED.**

Date: January 22, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically via ECF to counsel of record.

Case 1:23-cv-02241-JPH-CSW   Document 76   Filed 01/22/26   Page 2 of 2 PageID #: 276